# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-1846

**In re: Richard J. Hettler, personally, and as fiduciary for Capital Asset Management Group, LLC, as its trustee,**

**Petitioner**

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:02-cv-01837-ADM)
_____

## MANDATE

In accordance with the judgment of 04/13/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 13, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit