UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Richard J. Hettler, personally, and as fiduciary
for Capital Asset Management Group, LLC, as
its trustee,

    Plaintiff,

vs.

Thomas Petters and Petters Company, Inc.,

    Defendants.

Civil No. 02-1837 ADM/SRN

**ORDER**

_____

On March 22, 2007, this Court issued an Amended Order to Appear and Show Cause [Doc. No. 97] directing Plaintiff Richard J. Hettler to appear on April 18, 2007 and show cause why he should not be held in civil contempt of court for violating the permanent injunction issued by this Court on March 29, 2005, and the expanded permanent injunction issued on December 26, 2006.  Plaintiff failed to appear in Court on April 18, 2007.  David A. Turner, Esq., Bassford Remele, A Professional Association, appeared for Defendants.

IT IS HEREBY ORDERED that:

1. The Court finds Plaintiff Richard J. Hettler in civil contempt of court for failing to appear as directed by the Amended Order to Appear and Show Cause [Docket. No. 97]; Plaintiff Hettler is ordered to be arrested for his contempt of court;

2. To purge his contempt, Plaintiff shall immediately remove, or cause to be removed, from the Internet the following documents or postings:

    a. Material posted on the Washington Post Radio Website (http://blog.washingtonpost.com/washpostblog/2006/04/washington_post_

1

        radio_website_1.html);

b.    Plaintiff's comments on "In the Pipeline" (http://blog.washingtonpost.com/enron/2006/05/ahrens_day_30_thats_a_wrap.html);

c.    Material posted on a Windows Live Spaces weblog (http://rjs010.spaces.live.com);

d.    Material posted on the "Minnesota Jail 4 Judges" website (http://www.minnesotajail4judges.org/articles/judicial_corruption_in_the_minnesota_district_leads_to_a_426.pdf);

e.    Plaintiff's comments on "The Baby Boomer's Coming Retirement Crunch" (http://shininglight.us/archives/2006/06/the_baby_boomers_coming_retirement_crunch.php#comments);

f.    Plaintiff's comments on "Belt in the Beltway" (http://www5.cfo.com/blogs/index.cfm/l_detail/6795117?month=5&year=2007)[1];

g.    Plaintiff's comments entitled "Ashcroft as criminal as the judges he reported????" (http://www.firedupmissouri.com/blunt_bans_fired_up); and

h.    Plaintiff's comments on the "Kimmunications" weblog (http://kimsnider.blogs.com/my_weblog/2005/10/the_great_retir.html);

3.    Within 5 days of the date of this Order, Plaintiff shall also remove, or cause to be removed, any and all other material within the scope of the March 29, 2005 and

---

[1] The first character in "l_detail" is the letter *l*.

2

December 26, 2006 injunctions that he has caused to appear on the Internet;

4. Plaintiff does not need the approval of or any other action by this Court before removing, or causing to be removed, from the Internet the documents or postings identified in this Order;

5. If Plaintiff fails to remove any of the above-listed documents or postings from the Internet in the presence of the arresting officers, the U.S. Marshals are directed to take him into custody to appear before the undersigned.

BY THE COURT:

      s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: May 4, 2007.